Pincus H. Greenblatt, Appellant, v. Mark J. Kalashen, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

Robert A. Chesebrough, Appellant, v. The Western Union Telegraph Company, Respondent.— Determination affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

Samuel Behrman, Respondent, v. Isaac M. Getskay and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

Isaac L. Wolf, Respondent, v. Henri P. Wertheim and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Peter Clancy, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

Charles Berg, as Executor, etc., of Barbara Koch, etc., Deceased, Respondent, v. Elizabeth Keber, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

Herman Gunther, Respondent, v. New York Veal and Mutton Company, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, on the ground that the finding that the defendant was guilty of negligence was without evidence to sustain it, and such finding is reversed. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

Edmund W. Caskie, Appellant, v. Margaret C. Plass, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

Josephine Burrieci, as Administratrix, etc., of Joseph Burrieci, Deceased, Respondent, v. Pelham Operating Company and Another, Impleaded with Golliek & Smith, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

Rudolph Braun, an Infant, by William Braun, His Guardian ad Litem, Respondent, v. William R. H. Martin and Others, Doing Business under the Name of Rogers, Peet & Company, Appellants.— Judgment and order affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ. (Hotchkiss, J., dissented on *Weaver* v. *Jackson,* 153 App. Div. 661.)

United States Trust Company of New York, Respondent, v. Heloise F. Van Damm, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.